1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

EMAD TABATABAI,

No. 2:25-cv-07080-JAK (AGRx)

Plaintiff,

12

**ORDER RE STIPULATION TO REMAND TO STATE COURT (DKT. 13)**

v.

13

SOUTHWEST AIRLINES COMPANY., et al.,

**JS-6: CASE TERMINATED**

14

15

Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Based on a review of the Stipulation to Remand to State Court, Dkt. 13

2  ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore,

3  the Stipulation is **APPROVED**, as follows:

4    1.    Because the amount-in-controversy in this action does not exceed the

5  threshold required under 28 U.S.C. § 1332(a), this Court lacks subject-matter

6  jurisdiction.

7    2.    This action is **REMANDED** to the Superior Court of California for the

8  County of Los Angeles at its Stanley Mosk Courthouse (Case No. 25STCV17477).

9    3.    All pending dates, hearings, and deadlines are **VACATED**.

10

11  **IT IS SO ORDERED.**

12

13

14  Dated: November 6, 2025

15                                          John A. Kronstadt

16                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28                                                  2